**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re:  PH CONSTRUCTION, LLC

§     Case No. 16-22139 MBK
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/23/2016. The undersigned trustee was appointed on 06/24/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $        165,132.85

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 78,691.51 |
| Bank service fees | 750.87 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $        85,690.47 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/06/2016 and the deadline for filing governmental claims was 12/20/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,506.64. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $11,506.64, for a total compensation of $11,506.64[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $56.00 for total expenses of $56.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/16/2020                    By: /s/ Bunce D. Atkinson
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**   16-22139 MBK

**Case Name:**   PH CONSTRUCTION, LLC

**For Period Ending:**   09/16/2020

**Trustee Name:**   (500070) Bunce D. Atkinson

**Date Filed (f) or Converted (c):**   06/23/2016 (f)

**§ 341(a) Meeting Date:**   07/20/2016

**Claims Bar Date:**   10/06/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | VOID | VOID | VOID | VOID | VOID | VOID |
| 2 | Checking Account at Valley National Bank, xxxxxx | 676.72 | 0.00 | | 1,297.00 | FA |
| 3 | Security deposit, office rental | 1,950.00 | 0.00 | | 0.00 | FA |
| 4 | 1999 Ford F-550 Super Duty Truck. Valuation Meth<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 10,000.00 | 10,000.00 | | 8,000.00 | FA |
| 5 | 2013 TWF open trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 800.00 | 800.00 | | 850.00 | FA |
| 6 | 2005 Pace Trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7 | 2012 CarMate trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 5,000.00 | 5,000.00 | | 2,000.00 | FA |
| 8 | 1986 GMC Van. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 5,000.00 | 5,000.00 | | 2,500.00 | FA |
| 9 | A/R 90 days old or less. Face amount = $10606.8. | 10,606.80 | 10,606.80 | | 0.00 | FA |
| 10 | A/R Over 90 days old. Face amount = $44745.97.Do | 44,745.97 | 44,745.97 | | 0.00 | FA |
| 11 | Computers, printers, TVs. Valuation Method: | 1,600.00 | 0.00 | | 0.00 | FA |
| 12 | Work in progress: Work in progress14 Ocean Path | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Tax Refund (u) | 0.00 | 0.00 | | 3,266.00 | FA |
| 14 | Refund from Payroll Company (u)<br>Refund from Paychex | 0.00 | 4.85 | | 4.85 | FA |
| 15 | Miscellaneous Office furntiure | 2,450.00 | 0.00 | | 0.00 | FA |
| 16 | intangible/intellectual property -<br>phconstructionllc.com | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Various Equipment for construction/Tools<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 25,000.00 | 1,300.00 | | 1,715.00 | FA |
| 18 | Atkinson v. Kretschman et. al; Case# 17-01298 (u)<br>Order Approving Settlement of Controversy entered 1/8/19 Doc 80 | 0.00 | 160,000.00 | | 142,500.00 | FA |
| **18** | **Assets Totals (Excluding unknown values)** | **$110,829.49** | **$240,457.62** | | **$165,132.85** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:**   16-22139 MBK | **Trustee Name:**   (500070) Bunce D. Atkinson |
| **Case Name:**   PH CONSTRUCTION, LLC | **Date Filed (f) or Converted (c):**   06/23/2016 (f) |
| | **§ 341(a) Meeting Date:**   07/20/2016 |
| **For Period Ending:**   09/16/2020 | **Claims Bar Date:**   10/06/2016 |

**Major Activities Affecting Case Closing:**

10/28/2018 The Trustee filed a complaint to set aside preferenced and fraudulent transfer.  Discovery has not yet been completed. A trial has been scheduled for July  2019.  The Trustee is presently involved in settlement negotiations.

12/6/18 ORDER ENTERED EXPUNGING  IRS CLAIM #10-2

SETTLEMENT: The Defendants Kretschman, Massaro, PH Properties, PH Distinctive Properties, PHJ LLC PHJC LLC and Plexicraft will jointly and severally pay the Debtor Estate $142,500.00,  Payments are $15,000.00 initially, $20,000.00 July 1, $7,500.00 September 30, and $100,000.00 before December 31, 2019. The debt will be secured by a mortgage on 8 Ocean Ave, Ocean Grove N.J. , a lis pendens on 6 Ocean Ave, Ocean Grove N.J.  and mortgage held in escrow on 6 Ocean Ave, Ocean Grove, N.J., to be recorded in the event of default, and a judgment of $200,000.00 less payments made in the event of default.

9/25/19 The Trustee has obtained the mortgage and is collecting the payments when due.  The final payment is scheduled for December 31, 2019.

3/2020 Final Fee App filed

5/2020 TFR being prepared

**Initial Projected Date Of Final Report (TFR):**  12/31/2018        **Current Projected Date Of Final Report (TFR):**   09/16/2020 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-22139 MBK | |
| **Case Name:** | PH CONSTRUCTION, LLC | |
| **Taxpayer ID #:** | **-***0817 | |
| **For Period Ending:** | 09/16/2020 | |

| | |
|---|---|
| **Trustee Name:** | Bunce D. Atkinson (500070) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0166 Checking Account |
| **Blanket Bond (per case limit):** | $28,672,304.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/16 | {13} | State of New Jersey, Dept. of the Treasury | Payment of refund | 1224-000 | 3,266.00 | | 3,266.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,256.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,246.00 |
| 10/04/16 | {2} | Valley National Bank | checking account proceeds | 1129-000 | 1,297.00 | | 4,543.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,533.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,523.00 |
| 12/27/16 | | The Auctioneers Group, LLC | Auction Proceeds | | 18,065.00 | | 22,588.00 |
| | {8} | | 1986 GMC Step Van $2,500.00 | 1129-000 | | | |
| | {4} | | 1999 Ford F-550 Dump  V#0786 $8,000.00 | 1129-000 | | | |
| | {6} | | 2005 24' Pace enclosed equipment $3,000.00 | 1129-000 | | | |
| | {17} | | Lot pump jacks $400.00 | 1129-000 | | | |
| | {7} | | 2012 Carnate encl., equipment trailer $2,000.00 | 1129-000 | | | |
| | {5} | | 2013 TWF Landscape trailer $850.00 | 1129-000 | | | |
| | {17} | | cement saw sold at auction $400.00 | 1129-000 | | | |
| | {17} | | lot of dehumidifiers sold at auction $25.00 | 1129-000 | | | |
| | {17} | | Shop Vac $10.00 | 1129-000 | | | |
| | {17} | | Trailer Hitch $50.00 | 1129-000 | | | |
| | {17} | | Level $10.00 | 1129-000 | | | |
| | {17} | | lot Kohler parts $50.00 | 1129-000 | | | |
| | {17} | | Craftsman Air Reel $85.00 | 1129-000 | | | |
| | {17} | | Jack Hammer $225.00 | 1129-000 | | | |
| | {17} | | Lot saw ext. horse, 2 pc. $150.00 | 1129-000 | | | |

| | | |
|---|---|---|
| **Page Subtotals:** | **$22,628.00** | **$40.00** |

## Form 2

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******0166 Checking Account |
| For Period Ending: | 09/16/2020 | Blanket Bond (per case limit): | $28,672,304.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {17} | | Generator $200.00 | 1129-000 | | | |
| | {17} | | Wheel Barrel (2 x $45) $90.00 | 1129-000 | | | |
| | {17} | | True Temper Wheel Barrel $20.00 | 1129-000 | | | |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 22,578.00 |
| 01/03/17 | 101 | Rosenberg & Associates | transcribe 341 hearing | 2990-000 | | 880.00 | 21,698.00 |
| 01/16/17 | 102 | Rosenberg & Associates | invoice 269142 | 2990-000 | | 880.00 | 20,818.00 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.41 | 20,784.59 |
| 02/06/17 | 103 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2017 FOR CASE #16-22139 | 2300-000 | | 8.99 | 20,775.60 |
| 02/10/17 | | Huseby Inc | refund of overpayment transcript | 2990-000 | | -880.00 | 21,655.60 |
| 02/21/17 | 104 | PETER COSTANZO AUCTIONEERS, INC. | Payment per Cert. of No Objection filed 2/2/17 | 3610-000 | | 1,806.50 | 19,849.10 |
| 02/21/17 | 105 | PETER COSTANZO AUCTIONEERS, INC. | Payment per Cert. of No Objection filed 2/2/17 | 3620-000 | | 2,507.50 | 17,341.60 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.52 | 17,313.08 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.73 | 17,287.35 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.20 | 17,264.15 |
| 05/15/17 | {14} | Paychex | refund from payroll | 1290-000 | 4.85 | | 17,269.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.31 | 17,241.69 |
| 06/13/17 | 106 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 06/12/17 Doc 50 | 3120-000 | | 1,263.42 | 15,978.27 |
| 06/13/17 | 107 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 06/12/17 Doc 50 | 3110-000 | | 15,978.27 | 0.00 |
| 01/17/19 | {18} | Atkinson& DeBartolo, PC Iolta Attorney Trust Account | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 received from Defendant Kretschman (erroneously deposited to A&D Trust Account) | 1249-000 | 15,000.00 | | 15,000.00 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.34 | 14,994.66 |
| 02/04/19 | 108 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order Voided on 02/04/2019 | 3120-004 | | 15,000.00 | -5.34 |
| 02/04/19 | 108 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order Voided: check issued on 02/04/2019 | 3120-004 | | -15,000.00 | 14,994.66 |
| 02/04/19 | 109 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order | 3110-000 | | 14,994.66 | 0.00 |
| 06/20/19 | {18} | Hans W. Kretschman and Paulette Massaro | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 20,000.00 | | 20,000.00 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 19,995.00 |
| 07/17/19 | 110 | Monmouth County Clerk | filing fee for mortgage-per settlement of controversy delivered by Kretschman | 2700-000 | | 70.00 | 19,925.00 |

Page Subtotals:    $35,004.85    $37,667.85

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-22139 MBK | |
| **Case Name:** | PH CONSTRUCTION, LLC | |
| **Taxpayer ID #:** | **-***0817 | |
| **For Period Ending:** | 09/16/2020 | |

| | |
|---|---|
| **Trustee Name:** | Bunce D. Atkinson (500070) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******0166 Checking Account |
| **Blanket Bond (per case limit):** | $28,672,304.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | 111 | ATKINSON & DeBARTOLO, P.C. | balance of 6/12/2017 Order Doc 50 | 3110-000 | | 6,702.73 | 13,222.27 |
| 07/18/19 | 112 | ATKINSON & DeBARTOLO, P.C. | as per 12/21/218 Order Doc 73 | 3120-000 | | 1,423.21 | 11,799.06 |
| 07/18/19 | 113 | ATKINSON & DeBARTOLO, P.C. | partial payment toward 12/21/2018 Order Doc 73 | 3110-000 | | 7,794.34 | 4,004.72 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.83 | 3,991.89 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,986.89 |
| 09/26/19 | {18} | Hans W. Kretschman and Paulette Massaro | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 7,500.00 | | 11,486.89 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 11,481.89 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.37 | 11,471.52 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.79 | 11,462.73 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.36 | 11,452.37 |
| 01/03/20 | {18} | PH Spring Lake Retail Center LLC | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 100,000.00 | | 111,452.37 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 75.27 | 111,377.10 |
| 02/05/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 111,377.10 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 165,132.85 | 165,132.85 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 111,377.10 | |
| **Subtotal** | 165,132.85 | 53,755.75 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$165,132.85** | **$53,755.75** | |

## Form 2

Exhibit B

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******1683 Checking Account |
| For Period Ending: | 09/16/2020 | Blanket Bond (per case limit): | $28,672,304.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 | | Transfer from 4083 to 1683 | Transfer from 4083 to 1683 | 9999-000 | 111,377.10 | | 111,377.10 |
| 02/18/20 | 10114 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #16-22139, Bond #016026385 | 2300-000 | | 2.48 | 111,374.62 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 89.00 | 111,285.62 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 177.87 | 111,107.75 |
| 05/04/20 | 10115 | ATKINSON & DeBARTOLO, P.C. | Attorney Fees per Order entered 4/23/20 Doc 92 | 3110-000 | | 16,962.00 | 94,145.75 |
| 05/04/20 | 10116 | ATKINSON & DeBARTOLO, P.C. | Attorney Expenses per Order entered 4/23/20 Doc 92 | 3120-000 | | 297.41 | 93,848.34 |
| 05/14/20 | 10117 | ATKINSON & DeBARTOLO, P.C. | Order entered 12/21/2018 | 3110-000 | | 8,000.00 | 85,848.34 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 157.87 | 85,690.47 |

|  | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 111,377.10 | 25,686.63 | $85,690.47 |
| Less: Bank Transfers/CDs | | 111,377.10 | 0.00 | |
| Subtotal | | 0.00 | 25,686.63 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $25,686.63 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page:  5

| | |
|---|---|
| **Case No.:** | 16-22139 MBK |
| **Case Name:** | PH CONSTRUCTION, LLC |
| **Taxpayer ID #:** | **-***0817 |
| **For Period Ending:** | 09/16/2020 |

| | |
|---|---|
| **Trustee Name:** | Bunce D. Atkinson (500070) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1683 Checking Account |
| **Blanket Bond (per case limit):** | $28,672,304.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0166 Checking Account | $165,132.85 | $53,755.75 | $0.00 |
| ******1683 Checking Account | $0.00 | $25,686.63 | $85,690.47 |
| | $165,132.85 | $79,442.38 | $85,690.47 |

UST Form 101-7-TFR (5/1/2011)

Printed:   09/16/2020 10:16 AM

# Exhibit C

## Claims Register

**Case: 16-22139 MBK PH CONSTRUCTION, LLC**

**Claims Bar Date:**   10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A&DEXP1 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7 06/23/16 | MEMO: order entered 6/12/2017 Doc 50 | $ 1,263.42 $ 1,263.42 | $1,263.42 | $0.00 |
| A&DEXP2 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7 06/23/16 | MEMO: Order entered 12/21/2018 Doc 73 | $ 1,423.21 $ 1,423.21 | $1,423.21 | $0.00 |
| A&DEXP3 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7 06/23/16 | Order entered 4/23/20 Doc 92 | $ 297.41 $ 297.41 | $297.41 | $0.00 |
| A&DFEE1 | ATKINSON & DeBARTOLO, P.C. PO Box 8415 2 Bridge Avenue, The Galleria Red Bank, NJ 07701 <3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7 06/23/16 | MEMO: order entered 6/12/2017 | $ 22,681.00 $ 22,681.00 | $22,681.00 | $0.00 |

Printed:   09/16/2020 10:16 AM

# Exhibit C

Page:  2

## Claims Register

**Case: 16-22139 MBK PH CONSTRUCTION, LLC**

**Claims Bar Date:**   10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|-----------------------|--------------|---------------|
| A&DFEE2 | ATKINSON & DeBARTOLO, P.C.<br><br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br><br>06/23/16 | MEMO: Order entered 12/21/2018<br>$30,789.00 fee<br>$1,423.21 expenses | $ 30,789.00<br>$ 30,789.00 | $30,789.00 | $0.00 |
| A&DFEE3 | ATKINSON & DeBARTOLO, P.C.<br><br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br><br>06/23/16 | Order entered 4/23/20 Doc 92 | $ 16,962.00<br>$ 16,962.00 | $16,962.00 | $0.00 |
| ACCTEXP | Bederson LLP<br><br><3420-00 Accountant for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br><br>05/26/20 | Fee App filed 5/22/20 Doc 95<br>Order entered 8/25/20 Docket No.  99 | $ 227.78<br>$ 227.78 | $0.00 | $227.78 |
| ACCTFEE | Bederson LLP<br><br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br><br>05/26/20 | Fee App filed 5/22/20 Doc 95<br>Order entered 8/25/20 Docket No.  99 | $ 21,786.50<br>$ 21,786.50 | $0.00 | $21,786.50 |

Printed:   09/16/2020 10:16 AM                                                                                                    Page:  3

# Exhibit C

## Claims Register

**Case: 16-22139 MBK PH CONSTRUCTION, LLC**

**Claims Bar Date:**   10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---------|-------------------------------------|------------------------|---------------------|-----------------------|--------------|---------------|
| AUCEXP | PETER COSTANZO AUCTIONEERS, INC.<br><br>22 SMOCK ST.<br>NEPTUNE CITY, NJ 07753<br><br><3620-00 Auctioneer/Liquidator for Trustee Expenses>, 200 | Admin Ch. 7<br>06/23/16 | | $ 2,507.50<br>$ 2,507.50 | $2,507.50 | $0.00 |
| AUCFEE | PETER COSTANZO AUCTIONEERS, INC.<br><br>22 SMOCK ST.<br>NEPTUNE CITY, NJ 07753<br><br><3610-00 Auctioneer/Liquidator for Trustee Fees>, 200 | Admin Ch. 7<br>06/23/16 | | $ 1,806.50<br>$ 1,806.50 | $1,806.50 | $0.00 |
| BOND | ATKINSON & DeBARTOLO, P.C.<br><br>PO Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, NJ 07701<br><br><2300-00 Bond Payments>, 200 | Admin Ch. 7<br>06/23/16 | | $ 2.48<br>$ 2.48 | $2.48 | $0.00 |
| FEE | Bunce D. Atkinson, Trustee<br><br>Suite 200<br>1011 Highway 71<br>Spring Lake, NJ 07762<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>05/13/20 | | $ 11,506.64<br>$ 11,506.64 | $0.00 | $11,506.64 |
| TE | Bunce D. Atkinson<br><br>Suite 200<br>1011 Highway 71<br>Spring Lake, NJ 07762<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>05/13/20 | | $ 56.00<br>$ 56.00 | $0.00 | $56.00 |

Printed:  09/16/2020 10:16 AM

Page: 4

## Exhibit C

## Claims Register

**Case: 16-22139 MBK PH CONSTRUCTION, LLC**

**Claims Bar Date:**  10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TRANSCRI | Rosenberg & Associates<br>23 Vreeland Road, Suite 204<br>Florham Park, NJ 07932<br><br><2990-00 Other Chapter 7 Administrative Expenses>, 200 | Admin Ch. 7<br>06/23/16 | MEMO: Transcription Services | $ 880.00<br>$ 880.00 | $880.00 | $0.00 |
| | Monmouth County Clerk<br>PO Box 1251<br>Freehold, NJ 07728<br><br><2700-00 Clerk of the Court Fees>, 200 | Admin Ch. 7<br>06/23/16 | | $ 70.00<br>$ 70.00 | $70.00 | $0.00 |
| 1 | Louis & Sons Drywall, Inc.<br>530 Rahway Avenue<br>Woodbridge, NJ 07095<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/20/16 | 0028<br><br>Valid claim | $ 33,562.67<br>$ 33,562.67 | $0.00 | $33,562.67 |
| 2 | T&J Masonry<br>754 Oak Glen Road<br>Howell, NJ 07731<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/27/16 | Valid claim | $ 14,310.00<br>$ 14,310.00 | $0.00 | $14,310.00 |
| 3 | Douglas Henn Hardwood Flooring<br>1692 George Street<br>Wall, NJ 07719<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>07/28/16 | Valid claim | $ 5,930.00<br>$ 5,930.00 | $0.00 | $5,930.00 |

Printed:    09/16/2020 10:16 AM

## Exhibit C

## Claims Register

Page:  5

### Case: 16-22139 MBK PH CONSTRUCTION, LLC

**Claims Bar Date:**    10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 4 | Pipe Dreams<br>1030 Bell Street<br>Toms River, NJ 08753<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/03/16 | Claim modified to GUS per Court Order entered 8/25/20 Docket No. 98 | $ 4,545.00<br>$ 4,545.00 | $0.00 | $4,545.00 |
| 5 | Air Experts, Inc.<br>727C 17th Avenue<br>Lake Como, NJ 07719<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/04/16 | Valid claim | $ 33,558.00<br>$ 33,558.00 | $0.00 | $33,558.00 |
| 6 | Meehan Carting Inc.<br>635 Rankin Road<br>Brielle, NJ 08730<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/08/16 | Valid claim | $ 2,023.76<br>$ 2,023.76 | $0.00 | $2,023.76 |
| 7 | Joseph L. Walker, III<br>c/o Giordano, Halleran & Ciesla, P.C.<br>125 Half Mile Road, Suite 300<br>Red Bank, NJ 07701<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/25/16 | Claim withdrawn 1/7/19; Expunged pursuant to Order entered 1/12/17 Doc 42 | $ 130,764.38<br>$ 0.00 | $0.00 | $0.00 |
| 8 | ACD Custom Granite, Inc.<br>c/o Kathleen R. Wall, Esq.<br>2640 Highway 70<br>Manasquan, NJ 08736<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>09/27/16 | 4508<br><br>Valid claim | $ 12,000.00<br>$ 12,000.00 | $0.00 | $12,000.00 |

Printed:   09/16/2020 10:16 AM

**Exhibit C**

Page:  6

**Claims Register**

**Case: 16-22139 MBK PH CONSTRUCTION, LLC**

**Claims Bar Date:**  10/6/16 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | Glenn and Jeanne Paulsen | Unsecured | | $ 41,993.26 | $0.00 | $41,993.26 |
| | c/o William Burns, Esquire,Capehart & Scatchard, PA,142 W. State Street Trenton, NJ 08608 | 10/05/16 | Claim Amended 11/1/18 | $ 41,993.26 | | |
| | <7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | | | | | |
| 10 | Department of Treasury | Unsecured | | $ 2,539.59 | $0.00 | $0.00 |
| | Internal Revenue Service P O Box 7346 Philadelphia, PA 19101 | 12/20/17 | Claim expunged pursuant to Order entered 12/5/18 Doc 69 | $ 0.00 | | |
| | <7300-00 Section 726(a)(4) Fines, Penalties>, 630 | | | | | |
| | | | **Case Total:** | | $78,682.52 | $181,499.61 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-22139 MBK
Case Name: PH CONSTRUCTION, LLC
Trustee Name: Bunce D. Atkinson

**Balance on hand:**  $                85,690.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $        0.00
Remaining balance:  $      85,690.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Bunce D. Atkinson, Trustee | 11,506.64 | 0.00 | 11,506.64 |
| Trustee, Expenses - Bunce D. Atkinson | 56.00 | 0.00 | 56.00 |
| Attorney for Trustee Fees - ATKINSON & DeBARTOLO, P.C. | 30,789.00 | 30,789.00 | 0.00 |
| Auctioneer Fees - PETER COSTANZO AUCTIONEERS, INC. | 1,806.50 | 1,806.50 | 0.00 |
| Auctioneer Expenses - PETER COSTANZO AUCTIONEERS, INC. | 2,507.50 | 2,507.50 | 0.00 |
| Charges, U.S. Bankruptcy Court | 70.00 | 70.00 | 0.00 |
| Bond Payments - ATKINSON & DeBARTOLO, P.C. | 2.48 | 2.48 | 0.00 |
| Other Chapter 7 Administrative Expenses - Rosenberg & Associates | 880.00 | 880.00 | 0.00 |
| Attorney for Trustee Fees - ATKINSON & DeBARTOLO, P.C. | 16,962.00 | 16,962.00 | 0.00 |
| Attorney for Trustee Fees - ATKINSON & DeBARTOLO, P.C. | 22,681.00 | 22,681.00 | 0.00 |
| Attorney for Trustee, Expenses - ATKINSON & DeBARTOLO, P.C. | 1,263.42 | 1,263.42 | 0.00 |
| Attorney for Trustee, Expenses - ATKINSON & DeBARTOLO, P.C. | 297.41 | 297.41 | 0.00 |
| Attorney for Trustee, Expenses - ATKINSON & DeBARTOLO, P.C. | 1,423.21 | 1,423.21 | 0.00 |
| Accountant for Trustee Fees (Other Firm) - Bederson LLP | 21,786.50 | 0.00 | 21,786.50 |
| Accountant for Trustee Expenses (Other Firm) - Bederson LLP | 227.78 | 0.00 | 227.78 |

Total to be paid for chapter 7 administrative expenses:  $      33,576.92
Remaining balance:  $      52,113.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $       0.00
Remaining balance: $    52,113.55

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $       0.00
Remaining balance: $    52,113.55

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $147,922.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Louis & Sons Drywall, Inc. | 33,562.67 | 0.00 | 11,824.22 |
| 2 | T&J Masonry | 14,310.00 | 0.00 | 5,041.45 |
| 3 | Douglas Henn Hardwood Flooring | 5,930.00 | 0.00 | 2,089.15 |
| 4 | Pipe Dreams | 4,545.00 | 0.00 | 1,601.22 |
| 5 | Air Experts, Inc. | 33,558.00 | 0.00 | 11,822.56 |
| 6 | Meehan Carting Inc. | 2,023.76 | 0.00 | 712.98 |
| 7 | Joseph L. Walker, III | 0.00 | 0.00 | 0.00 |
| 8 | ACD Custom Granite, Inc. | 12,000.00 | 0.00 | 4,227.63 |
| 9 | Glenn and Jeanne Paulsen | 41,993.26 | 0.00 | 14,794.34 |

Total to be paid for timely general unsecured claims: $    52,113.55
Remaining balance: $       0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Department of Treasury | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)