IN RE:

PH CONSTRUCTION, LLC

    Debtor.

**Order Filed on December 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 16-22139 MBK

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __17th__ day of __December__, 20__20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $__11,506.64__ is reasonable compensation for the services in this case by Bunce D. Atkinson, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $__56.00__ is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: December 17, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge