**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

In re: PH CONSTRUCTION, LLC § Case No. 16-22139 MBK
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Bunce D. Atkinson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $61,352.77 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $52,113.55 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $113,019.30 | | |

3) Total gross receipts of $165,132.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $165,132.85 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $113,019.30 | $113,019.30 | $113,019.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $18,929.70 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $298,270.71 | $281,226.66 | $147,922.69 | $52,113.55 |
| **TOTAL DISBURSEMENTS** | $317,200.41 | $394,245.96 | $260,941.99 | $165,132.85 |

4) This case was originally filed under chapter 7 on 06/23/2016.  The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/07/2021          By: /s/ Bunce D. Atkinson
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1986 GMC Van. Valuation Method: | 1129-000 | $2,500.00 |
| 1999 Ford F-550 Super Duty Truck. Valuation Meth | 1129-000 | $8,000.00 |
| 2005 Pace Trailer. Valuation Method: | 1129-000 | $3,000.00 |
| 2012 CarMate trailer. Valuation Method: | 1129-000 | $2,000.00 |
| 2013 TWF open trailer. Valuation Method: | 1129-000 | $850.00 |
| Checking Account at Valley National Bank, xxxxxx | 1129-000 | $1,297.00 |
| Various Equipment for construction/Tools | 1129-000 | $1,715.00 |
| Tax Refund | 1224-000 | $3,266.00 |
| Atkinson v. Kretschman et. al; Case# 17-01298 | 1249-000 | $142,500.00 |
| Refund from Payroll Company | 1290-000 | $4.85 |
| **TOTAL GROSS RECEIPTS** | | **$165,132.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Bunce D. Atkinson, Trustee | 2100-000 | NA | $11,506.64 | $11,506.64 | $11,506.64 |
| Trustee, Expenses - Bunce D. Atkinson | 2200-000 | NA | $56.00 | $56.00 | $56.00 |
| Attorney for Trustee Fees - ATKINSON & DeBARTOLO, P.C. | 3110-000 | NA | $70,432.00 | $70,432.00 | $70,432.00 |
| Attorney for Trustee, Expenses - ATKINSON & DeBARTOLO, P.C. | 3120-000 | NA | $2,984.04 | $2,984.04 | $2,984.04 |
| Auctioneer Fees - PETER COSTANZO AUCTIONEERS, INC. | 3610-000 | NA | $1,806.50 | $1,806.50 | $1,806.50 |
| Auctioneer Expenses - PETER COSTANZO AUCTIONEERS, INC. | 3620-000 | NA | $2,507.50 | $2,507.50 | $2,507.50 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $70.00 | $70.00 | $70.00 |
| Bond Payments - ATKINSON & DeBARTOLO, P.C. | 2300-000 | NA | $11.47 | $11.47 | $11.47 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $104.79 | $104.79 | $104.79 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $424.74 | $424.74 | $424.74 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $221.34 | $221.34 | $221.34 |
| Other Chapter 7 Administrative Expenses - Rosenberg & Associates | 2990-000 | NA | $880.00 | $880.00 | $880.00 |
| Accountant for Trustee Fees (Other Firm) - Bederson LLP | 3410-000 | NA | $21,786.50 | $21,786.50 | $21,786.50 |
| Accountant for Trustee Expenses (Other Firm) - Bederson LLP | 3420-000 | NA | $227.78 | $227.78 | $227.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $113,019.30 | $113,019.30 | $113,019.30 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | State of New Jersey | 5800-000 | $18,929.70 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$18,929.70** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Louis & Sons Drywall, Inc. | 7100-000 | $24,800.00 | $33,562.67 | $33,562.67 | $11,824.22 |
| 2 | T&J Masonry | 7100-000 | $4,450.00 | $14,310.00 | $14,310.00 | $5,041.45 |
| 3 | Douglas Henn Hardwood Flooring | 7100-000 | $1,675.00 | $5,930.00 | $5,930.00 | $2,089.15 |
| 4 | Pipe Dreams | 7100-000 | $5,545.00 | $4,545.00 | $4,545.00 | $1,601.22 |
| 5 | Air Experts, Inc. | 7100-000 | $36,433.00 | $33,558.00 | $33,558.00 | $11,822.56 |
| 6 | US BANKRUPTCY COURT CLERK - Meehan Carting Inc. | 7100-001 | $1,473.76 | $2,023.76 | $2,023.76 | $712.98 |
| 7 | Joseph L. Walker, III | 7100-000 | $0.00 | $130,764.38 | $0.00 | $0.00 |
| 8 | ACD Custom Granite, Inc. | 7100-000 | $6,000.00 | $12,000.00 | $12,000.00 | $4,227.63 |
| 9 | Glenn and Jeanne Paulsen | 7100-000 | $0.00 | $41,993.26 | $41,993.26 | $14,794.34 |
| 10 | Department of Treasury | 7300-000 | $0.00 | $2,539.59 | $0.00 | $0.00 |
| N/F | Anthony's Closets | 7100-000 | $3,128.00 | NA | NA | NA |
| N/F | Camoosa Insulation | 7100-000 | $14,760.90 | NA | NA | NA |
| N/F | Carl's Fencing | 7100-000 | $2,398.13 | NA | NA | NA |
| N/F | Cummins Irrigation | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Fire Systems of NJ | 7100-000 | $7,950.00 | NA | NA | NA |
| N/F | Floors by the Shore/Carpet Connoisseurs | 7100-000 | $4,429.53 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Hardware Store of Asbury | 7100-000 | $76.58 | NA | NA | NA |
| N/F | Jaeger Lumber | 7100-000 | $6,609.51 | NA | NA | NA |
| N/F | Johnny on the Spot, Inc. | 7100-000 | $675.85 | NA | NA | NA |
| N/F | Legacy Stairs & Millwork, Inc. | 7100-000 | $2,450.00 | NA | NA | NA |
| N/F | Level One Technologies | 7100-000 | $4,170.00 | NA | NA | NA |
| N/F | Liberty Insurance Associates | 7100-000 | $1,220.00 | NA | NA | NA |
| N/F | Martini, Hughes & Grossman | 7100-000 | $5,369.51 | NA | NA | NA |
| N/F | Men in Kilts | 7100-000 | $53.50 | NA | NA | NA |
| N/F | Michael Lamb Painting & Wallpaper | 7100-000 | $12,340.00 | NA | NA | NA |
| N/F | Moss Insulation & Drywall | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Office of the Attorney General | 7100-000 | NA | NA | NA | NA |
| N/F | Shark Eye Improvements, LLC | 7100-000 | $1,957.41 | NA | NA | NA |
| N/F | Star News Group | 7100-000 | $733.20 | NA | NA | NA |
| N/F | Storage King Unit #528 | 7100-000 | $271.58 | NA | NA | NA |
| N/F | The Coaster | 7100-000 | $966.20 | NA | NA | NA |
| N/F | Universal Supply | 7100-000 | $85,840.98 | NA | NA | NA |
| N/F | Uptite Fasteners, Inc. | 7100-000 | $136.62 | NA | NA | NA |
| N/F | Whitman Construction | 7100-000 | $59,956.45 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$298,270.71** | **$281,226.66** | **$147,922.69** | **$52,113.55** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 16-22139 MBK | Trustee Name: | (500070) Bunce D. Atkinson |
| --- | --- | --- | --- |
| Case Name: | PH CONSTRUCTION, LLC | Date Filed (f) or Converted (c): | 06/23/2016 (f) |
| | | § 341(a) Meeting Date: | 07/20/2016 |
| For Period Ending: | 04/07/2021 | Claims Bar Date: | 10/06/2016 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | VOID | VOID | VOID | VOID | VOID | VOID |
| 2 | Checking Account at Valley National Bank, xxxxxx | 676.72 | 0.00 | | 1,297.00 | FA |
| 3 | Security deposit, office rental | 1,950.00 | 0.00 | | 0.00 | FA |
| 4 | 1999 Ford F-550 Super Duty Truck. Valuation Meth<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 10,000.00 | 10,000.00 | | 8,000.00 | FA |
| 5 | 2013 TWF open trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 800.00 | 800.00 | | 850.00 | FA |
| 6 | 2005 Pace Trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 3,000.00 | 3,000.00 | | 3,000.00 | FA |
| 7 | 2012 CarMate trailer. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 5,000.00 | 5,000.00 | | 2,000.00 | FA |
| 8 | 1986 GMC Van. Valuation Method:<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 5,000.00 | 5,000.00 | | 2,500.00 | FA |
| 9 | A/R 90 days old or less. Face amount = $10606.8. | 10,606.80 | 10,606.80 | | 0.00 | FA |
| 10 | A/R Over 90 days old. Face amount = $44745.97.Do | 44,745.97 | 44,745.97 | | 0.00 | FA |
| 11 | Computers, printers, TVs. Valuation Method: | 1,600.00 | 0.00 | | 0.00 | FA |
| 12 | Work in progress: Work in progress14 Ocean Path | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Tax Refund (u) | 0.00 | 0.00 | | 3,266.00 | FA |
| 14 | Refund from Payroll Company (u)<br>Refund from Paychex | 0.00 | 4.85 | | 4.85 | FA |
| 15 | Miscellaneous Office furntiure | 2,450.00 | 0.00 | | 0.00 | FA |
| 16 | intangible/intellectual property -<br>phconstructionllc.com | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Various Equipment for construction/Tools<br>Auctioneer's Report of Sale filed 4/6/17 Doc 46 | 25,000.00 | 1,300.00 | | 1,715.00 | FA |
| 18 | Atkinson v. Kretschman et. al; Case# 17-01298 (u)<br>Order Approving Settlement of Controversy entered 1/8/19 Doc 80 | 0.00 | 160,000.00 | | 142,500.00 | FA |
| 18 | **Assets Totals (Excluding unknown values)** | **$110,829.49** | **$240,457.62** | | **$165,132.85** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-22139 MBK  
**Case Name:** PH CONSTRUCTION, LLC  

**Trustee Name:** (500070) Bunce D. Atkinson  
**Date Filed (f) or Converted (c):** 06/23/2016 (f)  
**§ 341(a) Meeting Date:** 07/20/2016  

**For Period Ending:** 04/07/2021  
**Claims Bar Date:** 10/06/2016  

**Major Activities Affecting Case Closing:**

10/28/2018 The Trustee filed a complaint to set aside preferenced and fraudulent transfer. Discovery has not yet been completed. A trial has been scheduled for July 2019. The Trustee is presently involved in settlement negotiations.

12/6/18 ORDER ENTERED EXPUNGING IRS CLAIM #10-2

SETTLEMENT: The Defendants Kretschman, Massaro, PH Properties, PH Distinctive Properties, PHJ LLC PHJC LLC and Plexicraft will jointly and severally pay the Debtor Estate $142,500.00, Payments are $15,000.00 initially, $20,000.00 July 1, $7,500.00 September 30, and $100,000.00 before December 31, 2019. The debt will be secured by a mortgage on 8 Ocean Ave, Ocean Grove N.J. , a lis pendens on 6 Ocean Ave, Ocean Grove N.J. and mortgage held in escrow on 6 Ocean Ave, Ocean Grove, N.J., to be recorded in the event of default, and a judgment of $200,000.00 less payments made in the event of default.

9/25/19 The Trustee has obtained the mortgage and is collecting the payments when due. The final payment is scheduled for December 31, 2019.

3/2020 Final Fee App filed

5/2020 TFR being prepared

**Initial Projected Date Of Final Report (TFR):** 12/31/2018  **Current Projected Date Of Final Report (TFR):** 09/16/2020 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | |
|---|---|
| Case No.: | 16-22139 MBK |
| Case Name: | PH CONSTRUCTION, LLC |
| Taxpayer ID #: | **-***0817 |
| For Period Ending: | 04/07/2021 |

| | |
|---|---|
| Trustee Name: | Bunce D. Atkinson (500070) |
| Bank Name: | Mechanics Bank |
| Account #: | ******0166 Checking Account |
| Blanket Bond (per case limit): | $29,766,019.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/25/16 | {13} | State of New Jersey, Dept. of the Treasury | Payment of refund | 1224-000 | 3,266.00 | | 3,266.00 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,256.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,246.00 |
| 10/04/16 | {2} | Valley National Bank | checking account proceeds | 1129-000 | 1,297.00 | | 4,543.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,533.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,523.00 |
| 12/27/16 | | The Auctioneers Group, LLC | Auction Proceeds | | 18,065.00 | | 22,588.00 |
| | {8} | | 1986 GMC Step Van $2,500.00 | 1129-000 | | | |
| | {4} | | 1999 Ford F-550 Dump V#0786 $8,000.00 | 1129-000 | | | |
| | {6} | | 2005 24' Pace enclosed equipment $3,000.00 | 1129-000 | | | |
| | {17} | | Lot pump jacks $400.00 | 1129-000 | | | |
| | {7} | | 2012 Carnate encl., equipment trailer $2,000.00 | 1129-000 | | | |
| | {5} | | 2013 TWF Landscape trailer $850.00 | 1129-000 | | | |
| | {17} | | cement saw sold at auction $400.00 | 1129-000 | | | |
| | {17} | | lot of dehumidifiers sold at auction $25.00 | 1129-000 | | | |
| | {17} | | Shop Vac $10.00 | 1129-000 | | | |
| | {17} | | Trailer Hitch $50.00 | 1129-000 | | | |
| | {17} | | Level $10.00 | 1129-000 | | | |
| | {17} | | lot Kohler parts $50.00 | 1129-000 | | | |
| | {17} | | Craftsman Air Reel $85.00 | 1129-000 | | | |
| | {17} | | Jack Hammer $225.00 | 1129-000 | | | |
| | {17} | | Lot saw ext. horse, 2 pc. $150.00 | 1129-000 | | | |

Page Subtotals:    $22,628.00    $40.00

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******0166 Checking Account |
| For Period Ending: | 04/07/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {17} |  | Generator $200.00 | 1129-000 |  |  |  |
|  | {17} |  | Wheel Barrel (2 x $45) $90.00 | 1129-000 |  |  |  |
|  | {17} |  | True Temper Wheel Barrel $20.00 | 1129-000 |  |  |  |
| 12/30/16 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 10.00 | 22,578.00 |
| 01/03/17 | 101 | Rosenberg & Associates | transcribe 341 hearing | 2990-000 |  | 880.00 | 21,698.00 |
| 01/16/17 | 102 | Rosenberg & Associates | invoice 269142 | 2990-000 |  | 880.00 | 20,818.00 |
| 01/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.41 | 20,784.59 |
| 02/06/17 | 103 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2017 FOR CASE #16-22139 | 2300-000 |  | 8.99 | 20,775.60 |
| 02/10/17 |  | Huseby Inc | refund of overpayment transcript | 2990-000 |  | -880.00 | 21,655.60 |
| 02/21/17 | 104 | PETER COSTANZO AUCTIONEERS, INC. | Payment per Cert. of No Objection filed 2/2/17 | 3610-000 |  | 1,806.50 | 19,849.10 |
| 02/21/17 | 105 | PETER COSTANZO AUCTIONEERS, INC. | Payment per Cert. of No Objection filed 2/2/17 | 3620-000 |  | 2,507.50 | 17,341.60 |
| 02/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 28.52 | 17,313.08 |
| 03/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 25.73 | 17,287.35 |
| 04/28/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 23.20 | 17,264.15 |
| 05/15/17 | {14} | Paychex | refund from payroll | 1290-000 | 4.85 |  | 17,269.00 |
| 05/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 27.31 | 17,241.69 |
| 06/13/17 | 106 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 06/12/17 Doc 50 | 3120-000 |  | 1,263.42 | 15,978.27 |
| 06/13/17 | 107 | ATKINSON & DeBARTOLO, P.C. | Paid per Order 06/12/17 Doc 50 | 3110-000 |  | 15,978.27 | 0.00 |
| 01/17/19 | {18} | Atkinson& DeBartolo, PC Iolta Attorney Trust Account | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 received from Defendant Kretschman (erroneously deposited to A&D Trust Account) | 1249-000 | 15,000.00 |  | 15,000.00 |
| 01/31/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 5.34 | 14,994.66 |
| 02/04/19 | 108 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order Voided on 02/04/2019 | 3120-004 |  | 15,000.00 | -5.34 |
| 02/04/19 | 108 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order Voided: check issued on 02/04/2019 | 3120-004 |  | -15,000.00 | 14,994.66 |
| 02/04/19 | 109 | ATKINSON & DeBARTOLO, P.C. | payment toward 12/21/2018 Order | 3110-000 |  | 14,994.66 | 0.00 |
| 06/20/19 | {18} | Hans W. Kretschman and Paulette Massaro | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 20,000.00 |  | 20,000.00 |
| 06/28/19 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 5.00 | 19,995.00 |
| 07/17/19 | 110 | Monmouth County Clerk | filing fee for mortgage-per settlement of controversy delivered by Kretschman | 2700-000 |  | 70.00 | 19,925.00 |

Page Subtotals:    $35,004.85    $37,667.85

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******0166 Checking Account |
| For Period Ending: | 04/07/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/17/19 | 111 | ATKINSON & DeBARTOLO, P.C. | balance of 6/12/2017 Order Doc 50 | 3110-000 | | 6,702.73 | 13,222.27 |
| 07/18/19 | 112 | ATKINSON & DeBARTOLO, P.C. | as per 12/21/218 Order Doc 73 | 3120-000 | | 1,423.21 | 11,799.06 |
| 07/18/19 | 113 | ATKINSON & DeBARTOLO, P.C. | partial payment toward 12/21/2018 Order Doc 73 | 3110-000 | | 7,794.34 | 4,004.72 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.83 | 3,991.89 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,986.89 |
| 09/26/19 | {18} | Hans W. Kretschman and Paulette Massaro | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 7,500.00 | | 11,486.89 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 11,481.89 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.37 | 11,471.52 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.79 | 11,462.73 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 10.36 | 11,452.37 |
| 01/03/20 | {18} | PH Spring Lake Retail Center LLC | Settlement Payment pursuant to Order entered 1/8/19 Doc 80 | 1249-000 | 100,000.00 | | 111,452.37 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 75.27 | 111,377.10 |
| 02/05/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 111,377.10 | 0.00 |
| | | COLUMN TOTALS | | | 165,132.85 | 165,132.85 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 111,377.10 | |
| | | Subtotal | | | 165,132.85 | 53,755.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $165,132.85 | $53,755.75 | |

Case 16-22139-MBK    Doc 110    Filed 04/23/21    Entered 04/23/21 13:01:10    Desc Main
Document      Page 13 of 15

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******1683 Checking Account |
| For Period Ending: | 04/07/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/05/20 |  | Transfer from 4083 to 1683 | Transfer from 4083 to 1683 | 9999-000 | 111,377.10 |  | 111,377.10 |
| 02/18/20 | 10114 | ATKINSON & DeBARTOLO, P.C. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #16-22139, Bond #016026385 | 2300-000 |  | 2.48 | 111,374.62 |
| 03/31/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 89.00 | 111,285.62 |
| 04/30/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 177.87 | 111,107.75 |
| 05/04/20 | 10115 | ATKINSON & DeBARTOLO, P.C. | Attorney Fees per Order entered 4/23/20 Doc 92 | 3110-000 |  | 16,962.00 | 94,145.75 |
| 05/04/20 | 10116 | ATKINSON & DeBARTOLO, P.C. | Attorney Expenses per Order entered 4/23/20 Doc 92 | 3120-000 |  | 297.41 | 93,848.34 |
| 05/14/20 | 10117 | ATKINSON & DeBARTOLO, P.C. | Order entered 12/21/2018 | 3110-000 |  | 8,000.00 | 85,848.34 |
| 05/29/20 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 157.87 | 85,690.47 |
| 12/18/20 | 10118 | Bederson LLP | Combined dividend payments for Claim #ACCTEXP, ACCTFEE |  |  | 22,014.28 | 63,676.19 |
|  |  | Bederson LLP | Claims Distribution - Tue, 08-25-2020             $227.78 | 3420-000 |  |  |  |
|  |  | Bederson LLP | Claims Distribution - Tue, 08-25-2020             $21,786.50 | 3410-000 |  |  |  |
| 12/18/20 | 10119 | Bunce D. Atkinson, Trustee | Combined trustee compensation & expense dividend payments. | 2100-000 |  | 11,506.64 | 52,169.55 |
| 12/18/20 | 10120 | Bunce D. Atkinson | Distribution payment - Dividend paid at 100.00% of $56.00; Claim # TE; Filed: $56.00 | 2200-000 |  | 56.00 | 52,113.55 |
| 12/18/20 | 10121 | Louis & Sons Drywall, Inc. | Distribution payment - Dividend paid at 35.23% of $33,562.67; Claim # 1; Filed: $33,562.67 | 7100-000 |  | 11,824.22 | 40,289.33 |
| 12/18/20 | 10122 | T&J Masonry | Distribution payment - Dividend paid at 35.23% of $14,310.00; Claim # 2; Filed: $14,310.00 | 7100-000 |  | 5,041.45 | 35,247.88 |
| 12/18/20 | 10123 | Douglas Henn Hardwood Flooring | Distribution payment - Dividend paid at 35.23% of $5,930.00; Claim # 3; Filed: $5,930.00 | 7100-000 |  | 2,089.15 | 33,158.73 |
| 12/18/20 | 10124 | Pipe Dreams | Distribution payment - Dividend paid at 35.23% of $4,545.00; Claim # 4; Filed: $4,545.00 | 7100-000 |  | 1,601.22 | 31,557.51 |
| 12/18/20 | 10125 | Air Experts, Inc. | Distribution payment - Dividend paid at 35.23% of $33,558.00; Claim # 5; Filed: $33,558.00 | 7100-000 |  | 11,822.56 | 19,734.95 |
| 12/18/20 | 10126 | Meehan Carting Inc. | Distribution payment - Dividend paid at 35.23% of $2,023.76; Claim # 6; Filed: $2,023.76 Stopped on 03/18/2021 | 7100-005 |  | 712.98 | 19,021.97 |
| 12/18/20 | 10127 | ACD Custom Granite, Inc. | Distribution payment - Dividend paid at 35.23% of $12,000.00; Claim # 8; Filed: $12,000.00 | 7100-000 |  | 4,227.63 | 14,794.34 |
| 12/18/20 | 10128 | Glenn and Jeanne Paulsen | Distribution payment - Dividend paid at 35.23% of $41,993.26; Claim # 9; Filed: $41,993.26 | 7100-000 |  | 14,794.34 | 0.00 |

Page Subtotals:     $111,377.10     $111,377.10

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 16-22139 MBK | Trustee Name: | Bunce D. Atkinson (500070) |
|---|---|---|---|
| Case Name: | PH CONSTRUCTION, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0817 | Account #: | ******1683 Checking Account |
| For Period Ending: | 04/07/2021 | Blanket Bond (per case limit): | $29,766,019.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/18/21 | 10126 | Meehan Carting Inc. | Distribution payment - Dividend paid at 35.23% of $2,023.76; Claim # 6; Filed: $2,023.76 Stopped: check issued on 12/18/2020 | 7100-005 | | -712.98 | 712.98 |
| 03/18/21 | 10129 | US BANKRUPTCY COURT CLERK | payment of Unclaimed Funds - Claim #6 Meehan Carting | 7100-001 | | 712.98 | 0.00 |
| | | COLUMN TOTALS | | | 111,377.10 | 111,377.10 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 111,377.10 | 0.00 | |
| | | Subtotal | | | 0.00 | 111,377.10 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $111,377.10 | |

*{ } Asset Reference(s)*     UST Form 101-7-TDR ( 10 /1/2010)     *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-22139 MBK | **Trustee Name:** | Bunce D. Atkinson (500070) |
| **Case Name:** | PH CONSTRUCTION, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0817 | **Account #:** | ******1683 Checking Account |
| **For Period Ending:** 04/07/2021 | | **Blanket Bond (per case limit):** $29,766,019.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0166 Checking Account | $165,132.85 | $53,755.75 | $0.00 |
| ******1683 Checking Account | $0.00 | $111,377.10 | $0.00 |
| | $165,132.85 | $165,132.85 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)